United States District Court
Southern District of Texas
**ENTERED**
June 15, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JB KNOWLEDGE TECHNOLOGIES, INC., | § § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 3:16-CV-218 |
| BUILDINGCONNECTED, INC., *et al*, | § § § | |
| Defendants. | § | |

### ORDER

The Defendants' Motion to Dismiss Plaintiff's First Amended Complaint, or in the alternative, Transfer Venue (Dkt. 24) is respectfully **DENIED**.

SIGNED on June 14, 2017 at Galveston, Texas.

George C. Hanks, Jr.
United States District Judge

1 / 1